# EXHIBIT A

EEOC Form 5 (11/09)

Amended

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA  ☒ EEOC | 563-2018-02332 |

**Kansas Human Rights Commission** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mrs. Sarah M. James Saunders | (913) 709-8802 | 1985 |

Street Address: 4700 W 27th Street, FF7, Lawrence, KS 66047

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| THE WILLOW DOMESTIC VIOLENCE CENTER | 15 - 100 | (785) 843-3333 |

Street Address: PO Box 633, Lawrence, KS 66046

DISCRIMINATION BASED ON (Check appropriate box(es).):
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-07-2018    Latest: 06-20-2018
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on June 12, 2017, as a Survivor Access Advocate. On or around April 9, 2018, my job duties changed and I was required to spend most of my hours working in the shelter. All my weekly meetings with my supervisor were positive and performance based. On or around May 3, 2018, I was sexually harassed by a client. I reported the client's sexual harassment conduct to the shelter manager. No action was taken to stop the conduct. On May 7, 2018, I reported another sexual harassment issue from the same client to management. I also informed management that the male client was on the sex offender registry. On the same day, I received a verbal counseling. On or around May 9, 2018, a co-worker stated that the male client I complained about exposed his erected genitalia to another resident. On May 18, 2018, I complained to the executive director about how the situation with the male resident was handled and that I believe I was not receiving support from management. On May 22, 2018, I was written up and placed on a performance improvement plan. On June 20, 2018, I was discharged.

I believe that I was subjected to sexual harassment because of my sex, female and I was written up and discharged in retaliation for complaining, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 12-31-2018
Charging Party Signature

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)