**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    The Willow Domestic Violence Catzh
    c/o Sandra Ann Eiges,
    1920 Moodie Road
    Lawrence, KS 66044

    9590 9402 4885 9032 7523 37

2. Article Number (Transfer from service label)

    7019 0140 0000 4513 0032

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Heidi Wern   ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Heidi Wern                     7-12-19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

TROPICAL STORM THREATENS GULF COAST. SEE IMPACTS TO USPS OPERATIONS IN YOUR ...

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 70190140000045130032

Remove ✕

Expected Delivery by

## FRIDAY

# 12 JULY 2019 ⓘ  by  8:00pm ⓘ

## ✓ Delivered

July 12, 2019 at 12:16 pm
Delivered, Front Desk/Reception/Mail Room
LAWRENCE, KS 66046

Get Updates ∨

Text & Email Updates                                                                            ∨

Tracking History                                                                                ∨

Product Information                                                                             ∨

See Less ∧

Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

### FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

### Sign Up

### (https://reg.usps.com/entreg/RegistrationAction_input?

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.
app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo

Feedback