## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SARAH M. JAMES SAUNDERS,<br><br>      Plaintiff,<br><br>      v.<br><br>THE WILLOW DOMESTIC VIOLENCE CENTER, INC.,<br><br>      Defendant. | Case No. 2:19-cv-02235-KHV-ADM |

## NOTICE OF SERVICE

The undersigned certifies that a copy of Plaintiff's first Interrogatories and Requests for Production of Documents, as well as this certificate, were served by electronic mail this 19th day of December 2019 on:

    Marty T. Jackson
    Holli D. Dobler
    10111 West 87th Street
    Overland Park, KS 66212
    913-888-1000 (office)
    913-888-1065 (fax)
    mjackson@wallacesaunders.com
    hdobler@wallacesaunders.com

ATTORNEYS FOR DEFENDANT

                                                      /s/ Heather J. Schlozman