## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SARAH M. JAMES SAUNDERS,<br><br>          Plaintiff,<br><br>          v.<br><br>THE WILLOW DOMESTIC VIOLENCE CENTER, INC.,<br><br>          Defendant. | Case No. 2:19-cv-02235-KHV-ADM |

### PLAINTIFF'S NOTICE OF DEPOSITION OF DEFENDANT
### THE WILLOW DOMESTIC VIOLENCE CENTER, INC.
### PURSUANT TO RULE 30(b)(6)

Please take notice that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the deposition of Defendant The Willow Domestic Violence Center, Inc. will be taken at 9:30 a.m. on February 10, 2020 at the offices of Wallace Saunders, 10111 West 87th Street Overland Park, KS 66212.  The deposition will be stenographically recorded and will continue from day to day until completed.  The Willow Domestic Violence Center, Inc. is requested to designate the person or persons most knowledgeable and prepared to testify on behalf of Defendant regarding the following topics:

   1.   Defendant's decision to terminate Plaintiff's employment, including who made the decision to terminate Plaintiff and the basis for the decision.

   2.   Plaintiff's performance during her tenure with the Willow, any training or coaching she received, and how, if at all, any performance concerns were communicated to her.

   3.   All complaints or reports of inappropriate conduct from Plaintiff or anyone else about the conduct of the male resident who was subsequently asked to leave the Willow,

including the nature of the complaint, who made the complaint, to whom the complaint was made, what investigation, if any, the Willow conducted into the complaints, what the outcome of the investigation was, and how, if at all, the results of the investigation were communicated to Plaintiff and others who made complaints.

4. Plaintiff's April 2018 complaints about race discrimination to Felix Rodriguez, what investigation was done into her complaints, and the outcome of the investigation.

5. The Willow's policy on housing residents who are on the sex offender registry, when the policy was implemented, and how, if at all, it was communicated to Plaintiff and other employees.

6. How management at the Willow is trained on compliance with employment laws.

7. Defendant's response to the EEOC Charge of Discrimination Plaintiff filed on or about December 31, 2018.

8. All charges, lawsuits, complaints, allegations of sexual harassment, or retaliation by persons currently or formerly employed by the Willow, from 2015 to the present, including the bases of any such charges, lawsuits, complaints, or allegations; your investigation of each such charge, lawsuit, complaint, or allegation; and how each such charge, lawsuit, complaint, or allegation was resolved.

9. Defendant's employment practices and procedures as they relate to Plaintiff.

10. Plaintiff's salary and benefits.

        Respectfully Submitted,

        DUGAN SCHLOZMAN LLC

        /s/ *Heather Schlozman*
        Heather J. Schlozman, KS Bar # 23869

Mark V. Dugan, KS Bar # 23897
heather@duganschlozman.com
mark@duganschlozman.com
8826 Santa Fe Drive, Suite 307
Overland Park, Kansas 66212
Telephone:  (913) 322-3528
Facsimile:   (913) 904-0213

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

On January 31, 2020, I served the foregoing by electronic mail on the following:

Marty T. Jackson
Holli D. Dobler
10111 West 87th Street
Overland Park, KS 66212
913-888-1000 (office)
913-888-1065 (fax)
mjackson@wallacesaunders.com
hdobler@wallacesaunders.com


ATTORNEYS FOR DEFENDANT



_____ */s/ Heather J. Schlozman*_____